# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2022

## NO. 03-22-00221-CR

**The State of Texas, Appellant**

**v.**

**Sotero Hector Ramirez, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## DISMISSED ON STATE'S MOTION -- OPINION BY JUSTICE KELLY

This is an appeal from the trial court's order granting Ramirez's motion to suppress. The State of Texas has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows The State of Texas to withdraw its notice of appeal, and dismisses the appeal. The State of Texas shall pay all costs relating to this appeal, both in this Court and in the court below.